IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH MARTIN DANIEL                                              PLAINTIFF

V.                              NO. 1:10cv00017 BSM-JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                           DEFENDANT

## ORDER

Plaintiff has filed a motion (doc. 4) to transfer his case to the Western Division of the Eastern District of Arkansas. The motion is granted. The Clerk is directed to make the necessary changes to redesignate this case.

IT IS SO ORDERED this 12th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE