**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


JOSEPH MARTIN DANIEL                                                             PLAINTIFF


v.                                      CASE NO. 4:10CV00237 JTK


MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                         DEFENDANT


## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing

the decision of the Commissioner and remanding this case for further evaluation consistent with the

findings of the court.

SO ADJUDGED this 9th day of August, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE