IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH MARTIN DANIEL                                                                           PLAINTIFF

v.                           CASE NO. 4:10-cv-00237-JTK

MICHAEL J. ASTRUE,
*Commissioner*, Social Security Administration                                DEFENDANT

## ORDER

On August 9, 2011, the Court entered an Order and Judgment reversing the decision of the Commissioner and remanding the case for further proceedings. (Doc. Nos. 17 and 18) Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 19) He seeks compensation for 30.10 hours of work performed by his attorney in 2010 and 2011 at a rate of $125.00 per hour. *Id.* The Commissioner raises no objection. Accordingly, the court grants Plaintiff compensation for 30.10 hours of work at $125.00 per hour for a total of $3,762.50. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) (EAJA fees are payable to plaintiff, not plaintiff's attorney, and such fees are subject to an offset when the plaintiff has outstanding federal debts).

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees in the amount of $3,762.50.

DATED this 20th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE